

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Lauri F. Rasnick
t 212.351.3780
F 212.878.8600
lrasnick@ebglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/17

October 4, 2017

VIA ECF
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Dana A. Lilienthal and Ruth Tomsky v. Option Care Enterprises, Inc. and Jim Bitonti*, Case No. 17 Civ. 06426 (LGS)

Dear Judge Schofield:

    This Firm represents Defendants Option Care Enterprises Inc. and Jim Bitonti (collectively "Defendants") in the above referenced matter. Pursuant to your Individual Practice Rules, we write to respectfully request that Defendants' time to answer, move, or otherwise respond to the Complaint, which, pursuant to the stipulation filed at ECF Docket No. 10, is currently set for October 24, 2017, be extended up to and including November 7, 2017. The request is made because the undersigned was just retained yesterday, and we require time to conduct an investigation and obtain sufficient information to appropriately respond to the Complaint. This is counsel's first request for an extension of time and Plaintiff's counsel consents to the request.

    Defendants also respectfully request that the Initial Conference, currently scheduled for October 11, 2017, be adjourned to a date thereafter which is convenient for the Court. The parties request that the conference be rescheduled on a date within thirty days if possible. This is Defendants' first request for an adjournment of the Initial Conference and Plaintiff's counsel consents to this request.

    We thank the Court for its consideration of the foregoing requests.

Respectfully Submitted,

Lauri F. Rasnick

cc via ECF: Tiffany Ma, Esq.
Walker G. Harman, Jr., Esq.
Shira M. Blank, Esq.

Application GRANTED. The deadline to respond to the complaint is extended to November 7, 2017. The initial pretrial conference is adjourned to November 15, 2017, at 11:00 a.m.

Dated: October 5, 2017
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE