Lauri F. Rasnick
Shira M. Blank
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
lrasnick@ebglaw.com
*Attorneys for Defendants*
*Option Care Enterprises, Inc. and Jim Bitonti*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

| | |
|---|---|
| DANA A. LILIENTHAL and RUTH TOMSKY, | **ECF** |
| Plaintiffs, | |
| | Case No.: 17 Civ. 06426 |
| - against - | |
| | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| OPTION CARE ENTERPRISES, INC., and JIM BITONTI, individually, | |
| Defendants. | |

------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned states that defendant Option Care Enterprises, Inc. is a wholly-owned subsidiary of Option Care Infusion Services, Inc. Walgreens Boots Alliance, Inc., a publicly traded company, is ultimately a minority owner of Option Care Infusion Services, Inc.

Firm:44529809v1

| | |
|---|---|
| Dated: New York, New York<br>November 7, 2017 | EPSTEIN BECKER & GREEN, P.C.<br><br>  /s/ Lauri F. Rasnick  <br>Lauri Rasnick<br>Shira M. Blank<br>250 Park Avenue<br>New York, New York 10177-1211<br>Tel: 212.351.4854<br>lrasnick@ebglaw.com<br>*Attorneys for Defendants*<br>*Option Care Enterprises, Inc. and Jim Bitonti* |

Firm:44529809v1